# Exhibit A

**SouthBanc Mortgage**

13861 Sunrise Valley Dr, Suite 100
Herndon, Virginia 20171

$ 63,450.00

NON-NEGOTIABLE. THIS IS NOT A CHECK.

*The sum of:* Sixty-Three Thousand Four Hundred Fifty and 00/100 Dollars

To the order of
Betty J. Forizer
2 Ford Ave.
Cumberland, RI 02864-1940

Corinthian Mortgage Corporation dba SouthBanc Mortgage is a wholly owned subsidiary of SOUTHBank, FSB. SOUTHBank, FSB is a member FDIC.

623-6072674-01 : 20060612

## *You've been pre-selected for up to*

# $63,450.00

## *or more!!! NO EQUITY REQUIRED!*

Dear Betty,

Think about how $63,450 or more could change your life! Imagine what it would be like to get out of debt, pay for college or remodel your home. We can make your dreams come true, so call us RIGHT NOW! Don't delay, because this offer only lasts for a limited time—in fact it expires July 27, 2006.

There is no better time than now to take control of your finances and get the money you need!

## How we Lower your Payments*

My monthly payments now! What I could have!

| *Current Payments* | | *One New Single Payment* | |
|---|---|---|---|
| Credit Card | $217.00 | Credit Card | $0 |
| Credit Card 2 | $188.00 | Credit Card 2 | $0 |
| Credit Card 3 | $157.00 | Credit Card 3 | $0 |
| Auto Loan | $364.00 | Auto Loan | $0 |
| Total | $926.00 | Total | $294* |

That means my payments go down by $632.00 every month!

It's so easy

## Call now and get an answer the same day!

# 1-800-917-4819

Monday - Thursday
8:00 AM to 11:00 PM (EST)

Call today!

Friday
8:00 AM to 9:00 PM (EST)

Saturday
9:00 AM to 7:00 PM (EST)

Fax us at 1-800-723-1163

Visit www.southbanc.com

- *Get Cash Out for Home Improvements*
- *Up to 125% of Home Value*
- *Second Mortgages Available*
- *No Income Programs also available*

623-6072674-01

July 27, 2006

O-0001980

*Example uses a term of 300 months, APR of 10.99%, and loan amount of $35,000. A prepay penalty may apply. Interest will be charged on unpaid principal until the full amount of principal has been paid. If you chose a different loan amount or term of months your APR may vary, see reverse side for other details of this offer.

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See PRESCREEN & OPT-OUT NOTICE, on the other side for more information about prescreened offers.*

EQUAL HOUSING OPPORTUNITY

For April 2006, the APR range for second mortgages was 7.576% to 14.919% and loan term for second mortgages was 180 months to 360 months. Your APR and loan term will depend on various factors described in this offer.

O1205