Case 1:06-cv-0033_-T-DLM Document 7 Filed 11/2_ _06 Page 1 of 3

# EXHIBIT A

SouthBanc Mortgage

13861 Sunrise Valley Dr, Suite 100
Herndon, Virginia 20171

$ 63,450.00

NON-NEGOTIABLE. THIS IS NOT A CHECK.

*The sum of:* Sixty-Three Thousand Four Hundred Fifty and 00/100 Dollars

To the order of: Betty J. Farizer
2 Ford Ave.
Cumberland, RI 02864-1540

Corinthian Mortgage Corporation dba SouthBanc Mortgage is a wholly owned subsidiary of SOUTHBank, FSB. SOUTHBank, FSB is a member FDIC.

623-6072674-01 : 20060612

*You've been pre-selected for up to*

# $63,450.00

***or more!!! NO EQUITY REQUIRED!***

Dear Betty,

Think about how $63,450 or more could change your life! Imagine what it would be like to get out of debt, pay for college or remodel your home. We can make your dreams come true, so call us RIGHT NOW! Don't delay, because this offer only lasts for a limited time—in fact it expires July 27, 2006

There is no better time than now to take control of your finances and get the money you need!

## How we Lower your Payments*

My monthly payments now! What I could have!

| *Current Payments* | | *One New Single Payment* | |
|---|---|---|---|
| Credit Card | $217.00 | Credit Card | $0 |
| Credit Card 2 | $188.00 | Credit Card 2 | $0 |
| Credit Card 3 | $157.00 | Credit Card 3 | $0 |
| Auto Loan | $364.00 | Auto Loan | $0 |
| Total | $926.00 | Total | $294* |

That means my payments go down by **$632.00** every month!

It's so easy!

## Call now and get an answer the same day!

# 1-800-917-4819

Monday - Thursday
8:00 AM to 11:00 PM (EST)

Friday
8:00 AM to 9:00 PM (EST)

Call today!

Saturday
9:00 AM to 7:00 PM (EST)

Fax us at 1-800-723-1163

Visit www.southbanc.com

- *Get Cash Out for Home Improvements*
- *Up to 125% of Home Value*
- *Second Mortgages Available*
- *No Income Programs also available*

Loan Code: 623-6072674-01

Deadline: July 27, 2006

O-0001981

*Example uses a term of 300 months, APR of 10.89%, and loan amount of $35,000. A prepay penalty may apply. Interest will be charged on unpaid principal until the full amount of principal has been paid. If you chose a different loan amount or term of months your APR may vary, see reverse side for other details of this offer.

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See PRESCREEN & OPT-OUT NOTICE, on the other side for more information about prescreened offers.*

EQUAL HOUSING OPPORTUNITY

For April 2006, the APR range for second mortgages was 7.576% to 14.919% and loan term for second mortgages was 180 months to 360 months. Your APR and loan term will depend on various factors described in this offer.

O1205

**PRESCREEN[illegible]:** [illegible] "prescreened" offer of credit is based on information in your [illegible] report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria. See criteria below. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll-free at 1-888-567-8688 or write to:

TransUnion Opt Out Request
P.O. Box 505
Woodlyn, PA 19094-0505
**1-888-567-8688**

Experian
P.O. Box 919
Allen, TX 75013
**1-888-567-8688**

Equifax Options
P.O. Box 740123
Atlanta, GA 30374-0123
**1-888-567-8688**

***Criteria:*** *This offer is not guaranteed if you do not meet our criteria including providing a lien on your owner-occupied, one-to-four family residence or condominium excluding mobile homes and manufactured housing. This credit may not be extended if, after you respond, we find that you do not meet the criteria used to select you for this offer or any applicable criteria bearing on creditworthiness. Minimum and maximum property values apply and a property appraisal may be required. Loan amount may not exceed 125% of the value of your home, minus the first mortgage balance. Final loan approval is subject to verification of acceptable income and credit. Minimum loan amount in connection with this offer is $25,000. Property type may affect maximum loan amount. Your rates may vary according to your credit history and other factors. Origination fees and closing costs are included in the APR and may vary by state. Call for current information. Approval subject to verification of information given at the time of application. Programs will require appraisal and income documentation. The interest on the portion of the credit extension that is greater than the fair market value of the dwelling is not tax deductible for Federal income tax purposes; and you should consult a tax adviser for further information regarding the deductibility of interest and charges.*

If you don't have time to call, you may fax this confidential application to us at anytime...day or night. We will start processing your final application right away. Just fill in the four lines of information in the box below, sign and date where indicated, and fax the form to our fax number on the front of this form.

## CONFIDENTIAL FAX-APPLICATION FORM

Borrower (Full Name) ____ Social Security # ____ Employer ____ Annual Salary ____ Work Phone ____ Date of Birth ____

Borrower (Full Name) ____ Social Security # ____ Employer ____ Annual Salary ____ Work Phone ____ Date of Birth ____

Property Address ____ City/State/Zip ____ Years Lived There ____

Home Phone ____ Preferred Time to Call ____ Home Purchase Price ____ Estimated Value ____ Mortgage Payment ____ Balance ____

E-mail address ____ Preferred Way to be Contacted *(phone, e-mail, mail)* ____

Lock Code from the front of this mailer ____

I (we) authorize the Lender to make whatever inquiries it considers necessary and appropriate to evaluate this credit application.

Signature ____ Date ____ Signature ____ Date ____

## Monthly Payment & Debt Reduction Worksheet

| **Monthly Debts** | **Balance** | **Payment** | | |
|---|---|---|---|---|
| Home Improvement Items: | | | New Estimated Payment: | |
| Debts to Payoff: | | | Your Monthly Payment Reduction | |
| Auto Loan #1: | | | Tax Savings: | |
| Auto Loan #2: | | | Estimated Closing Date: | |
| Credit Card #1: | | | CMC Representative: | |
| Credit Card #2: | | | Phone # & Ext. | |
| Credit Card #3: | | | Fax #: | |
| Other Loans: | | | E-mail | |
| **TOTAL:** | | | Documents: | |