IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY J. FARIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-338-T |
| v. | ) | |
| | ) | |
| CORINTHIAN MORTGAGE CORPORATION d/b/a SOUTHBANC MORTGAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS OR FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, Betty Farizer, ("Plaintiff") hereby objects to the Motion to Dismiss and/or For Judgment on the Pleadings that has been filed by the Defendant. A separate Memorandum of Law in support of Plaintiff's opposition is attached hereto and incorporated by reference.

For the reasons stated in the attached memorandum, this Court should deny Defendant's Motion to Dismiss in its entirety.

Respectfully submitted,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860

P.O. Box 479 (Mailing address)
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)

**CERTIFICATE OF SERVICE**

I, Christopher M. Lefebvre, hereby certify that on June 1, 2007, a copy of the foregoing **PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS** was filed electronically. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John A. Tarantino jtarantino@apslaw.com, dhumm@apslaw.com

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre