UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BETTY J. FARIZER
Plaintiff(s)

v. Dkt. No. C.A. No. 06-338-T

CORINTHIAN MORTGAGE CORPORATION
d/b/a SOUTHBANC MORTGAGE,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Corinthian Mortgage Corporation hereby moves that John E. Goodman be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Corinthian Mortgage Corporation
Defendant
By: Pat K Reed
Bar ID No.: 2793
Address: Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200

DATED: 7/10/07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Alabama and of the following Federal District Court and Court of Appeals Bars: Middle District of Alabama; Northern District of Alabama; 11th Circuit Court of Appeal, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had *any pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice in* any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

John E. Goodman
Signature of *Pro Hac Vice* Applicant

John E. Goodman ASB-4665-G48J
Print Name State Bar ID #

Bradley Arant Rose & White LLP
Firm Name

One Federal Place
1819 Fifth Avenue N, Birmingham, AL 35203
Business Address

(205) 521-8000 (205) 521-8800
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Patricia K. Rocha
Signature of Local Counsel
Patricia K. Rocha 2793
Print Name R.I. Bar ID #
Adler Pollock & Sheehan P.C.
Firm and Business Address
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # 274-7200 Fax # 351-4607

---

**ORDER**

This motion is hereby ____________________

____________________
District Judge

Date: