UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY J. FARIZER | : | |
| | : | |
| v. | : | C.A. No. 06-338-T |
| | : | |
| CORINTHIAN MORTGAGE CORPORATION d/b/a SOUTHBANC MORTGAGE | : | |

**DISMISSAL STIPULATION**

In accordance with Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff, Betty J. Farizer's individual claims are dismissed with prejudice, no interest or costs. The class allegations are dismissed without prejudice.

Dated: July 23, 2007

Plaintiff
By her attorney,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, #4019
Clbankrupt@aol.com
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862
Tel: 401-728-6060
Fax: 401-728-6534

Defendant
By its attorneys,

/s/ John A. Tarantino
John A. Tarantino, #2586
jtarantino@apslaw.com
Patricia K. Rocha, #2793
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607

SO ORDERED:

Ernest C. Torres

Ernest C. Torres, Senior Judge
United States District Court
for the District of Rhode Island
7/24/07

*423396_1.doc*